```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
SANDOZ INC.,                                  :
                                              :
                         Petitioner,          :
                                              :           22-CV-9377 (VSB)
            -against-                         :
                                              :                ORDER
CEDIPROF, INC.,                               :
                                              :
                         Respondent.          :
                                              :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      This case has been assigned to me for all purposes. On November 1, 2022, Petitioner filed a complaint seeking to confirm an arbitration award. (Doc. 1.) Petitioner filed a memorandum of law, (Doc. 9), and accompanying declaration and exhibits, (Doc. 7), on November 2, 2022. Petitioner has not yet docketed an affidavit of service.

      Proceedings to confirm or to vacate arbitration awards must be "treated as akin to a motion for summary judgment." *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

      ORDERED that Respondent's opposition, if any, is due on December 2, 2022. Petitioner's reply, if any, is due on December 16, 2022.

      IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent and to file an affidavit on ECF certifying that such service has been effected.

SO ORDERED.

Dated:    November 4, 2022
             New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge