UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SANDOZ INC.,                                                  :
                          Petitioner,  :
                                                              :    22 Civ. 9377 (LGS)
         -against-                                          :
                                                              :    <u>ORDER</u>
CEDIPROF, INC.,                                               :
                         Respondent.  :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated November 16, 2022, required Petitioner to file a status letter every forty-five days updating the Court on the status of Respondent's bankruptcy proceedings. The first letter was due on January 4, 2023;

      WHEREAS, no such letter was filed.  It is hereby

      **ORDERED** that, by **January 10, 2023**, Petitioner shall file the status letter.

Dated: January 6, 2023
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**