```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SANDOZ INC.,                                                  :
                                      Petitioner,             :
                                                              :    22 Civ. 9377 (LGS)
             -against-                                        :
                                                              :          ORDER
CEDIPROF, INC.,                                               :
                                      Respondent.             :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 16, 2022, required Petitioner to file a status letter every forty-five days updating the Court on the status of Respondent's bankruptcy proceedings;

WHEREAS, the most recent letter was due February 19, 2024;

WHEREAS, no such letter was filed.  It is hereby

**ORDERED** that, by **March 1, 2024**, Petitioner shall file the status letter.

Dated: February 26, 2024
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**